UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jessica Bibb, | No. 2:22-cv-01894-KJM-DMC |
| Plaintiffs, | ORDER |
| v. | |
| Shasta County Health and Human Agency, et al., | |
| Defendants. | |

This matter was referred to the assigned Magistrate Judge under this district's local rules. The Magistrate Judge recommends abstaining from adjudicating this action under *Younger v. Harris*, 401 U.S. 37 (1971) because a parallel state-court child custody dispute appears to be pending, based on the allegations in the complaint. *See generally* F&Rs, ECF No. 7. Plaintiff objects to this recommendation and requests leave to amend her complaint to clarify that no parallel action is pending, to seek monetary damages, and to otherwise clarify her allegations. *See generally* Objections, ECF No. 8.

The court has reviewed the findings and recommendations de novo. *See* 28 U.S.C. § 636(b)(1). The court declines to adopt the Magistrate Judge's recommendation to abstain under *Younger* in light of Plaintiff's objections and request for permission to amend her complaint and clarify her allegations. Plaintiff's request for permission to amend her complaint is **granted**. An

amended compliant must be filed **within thirty days of the date Plaintiff receives service of this order**.

This matter is referred back to the assigned Magistrate Judge for all further pretrial proceedings.

IT IS SO ORDERED.

DATED: August 25, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE