**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESSICA BIBB,<br><br>    Plaintiff,<br><br>    v.<br><br>SHASTA COUNTY HEALTH AND HUMAN AGENCY, et al.,<br><br>    Defendants. | No. 2:22-cv-01894-DC-DMC (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 18) |

       Plaintiff, who is proceeding pro se, brings this civil action. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

       On April 24, 2025, the Magistrate Judge filed findings and recommendations herein, which were served on the parties, and which contained notice that the parties may file objections within the time specified therein. See ECF No. 18. No objections to the findings and recommendations have been filed.

/ / /

/ / /

/ / /

/ / /

/ / /

1

1  The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed April 24, 2025, ECF No. 18, are adopted in full.

2. Plaintiff's due process claims alleging extrinsic fraud are dismissed with leave to amend.

3. Plaintiff's additional due process claims, claims seeking injunctive or declaratory relief, and all other claims are dismissed without leave to amend.

4. Plaintiff is granted leave to file an amended complaint within 30 days of this order. If Plaintiff declines to file an amended complaint, Plaintiff shall file a notice indicating that she wishes to proceed in this action only on her Fourth Amendment claim against Defendant Endecott and to have all other claims and defendants dismissed.

5. This action is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: __**August 7, 2025**__

Dena Coggins
United States District Judge

2