IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA BIBB, | No. 2:22-CV-01894-DC-DMC |
| Plaintiff, | |
| v. | ORDER |
| SHASTA COUNTY HEALTH AND HUMAN AGENCY, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action. This matter is set for an initial status/scheduling conference before the undersigned on November 19, 2025, 10:00 a.m. via Zoom. The Court will provide the parties with connection information separately. On or before November 12, 2025, the parties shall meet and confer and file with the Court a joint scheduling conference statement consistent with Eastern District of California Local Rule 240(a).

IT IS SO ORDERED.

Dated: October 14, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1