**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESSICA BIBB, | No.  2:22-CV-01894-DC-DMC |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| ALICIA ENDECOTT | |
| Defendant. | |

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court are Plaintiff's request to reset, ECF No. 35, and motion for protective order, ECF No. 36.

Parties represented in their joint scheduling statement, that they agree a protective order is necessary and therefore, the Court previously denied Plaintiff's motion for protective order, without prejudice, and directed parties to meet and confer about a motion for protective order, in accordance with Rule 251 (b). See ECF No. 37. Plaintiff filed the pending renewed motion, informing the Court that she has reached out to Defendant's counsel multiple times in an attempt to file a proposed protective order. See ECF Nos. 38 and 39. Plaintiff asserts that on January 16, 2026, Defendant's counsel informed Plaintiff that he would send her a proposed protective order "shortly," and to date, Plaintiff still has not received it. See ECF No. 39, pg. 2. Petitioner contends that she has complied with the Rule 251(b) obligations and asks the Court to

1

issue a protective order. See id.

Plaintiff's proposed protective order limits access to filings with confidential information to the Court, parties, experts or consultants assisting with the case upon agreement "to be bound by this protective order." ECF No. 38, pg. 4. The order defines confidential information as "all Child Protective Services investigative records, juvenile-related records, documents subject to California Welfare and Institutions Code §827, and any documents or materials containing personal, identifying, or sensitive information concerning minors." Id. at 3. The proposed order further orders that any filings that contain confidential information would be filed under seal, in accordance with Local Rule 141. See id. at 4. Finally, the order states that "at the conclusion of this litigation, including any appeals, all Confidential Information shall be returned to the producing party or destroyed, unless otherwise ordered by the court." Id.

Parties indicated a joint interest in a protective order and upon Plaintiff's representations, Plaintiff has sought to work with opposing counsel in good faith, but opposing counsel has not taken steps to effectuate a joint proposed order. Accordingly, Defendant is ORDERED TO SHOW CAUSE why the Court should not adopt Plaintiff's proposed protective order, ECF No. 38, pgs. 3-4, within seven (7) days of this order.

IT IS SO ORDERED.


Dated:  February 3, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE