**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESSICA BIBB, | No.  2:22-CV-01894-DC-DMC |
| Plaintiff, | |
| v. | ORDER |
| ALICIA ENDECOTT | |
| Defendant. | |

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court are Plaintiff's renewed motion for protective order, ECF No. 38.

This Court ordered Defendant to show cause why the Court should not adopt Plaintiff's proposed protective order. See ECF No. 40. Defendant timely filed response, agreed to adopt Plaintiff's proposed protective order, and, in the alternative, proposed their own protective order. See ECF No. 41.

/ / /

/ / /

/ / /

/ / /

/ / /

1

Given this filing, Defendant is discharged from the order to show cause. Plaintiff is directed to inform the Court whether she agrees to or proposes any changes to Defendant's proposed protective order, ECF No. 41, pgs. 13-21, on or before February 26, 2026.

SO ORDERED.

Dated:  February 17, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE