**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESSICA BIBB, | No.  2:22-CV-01894-DC-DMC |
| Plaintiff, | |
| v. | ORDER |
| ALICIA ENDECOTT | |
| Defendant. | |

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court are Plaintiff's renewed motion for protective order, ECF No. 38.

In response to this Court's order and Plaintiff's pending motion, Defendant filed a proposed protective order, ECF No. 41. Defendant represents that the proposed protective order lists categories of documents, rather than specific documents because the Juvenile Court rejected the previously filed forms, as they were filed on outdated forms. See ECF no. 21, pg. 2. Defendant contends that "the protective order covers the same issues as Plaintiff Bibb's version covers but is more comprehensive. Our version has been filed and accepted by  this Court in other cases in the past." Id. at 3. Plaintiff informed the Court that she "stand[s] on her previously submitted proposed protected order" but also "does not oppose the protective order proposed by Defendant.

1

Accordingly, the Court will adopt Defendant's proposed protective order by separate order and Plaintiff's renewed motion for protective order, ECF No. 38, is denied as moot.

SO ORDERED.

Dated:  March 26, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE