PORTER | SCOTT
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
jwhitefleet@porterscott.com
Jeffery M. Isaacs, SBN 338853
jisaacs@porterscott.com
2180 Harvard Street, Suite 500
Sacramento, California 95815
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant
ALICIA ENDECOTT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JESSICA BIBB, an individual,

Plaintiff,

v.

SHASTA COUNTY HEALTH AND HUMAN AGENCY,

Defendants.
_______________________________/

CASE NO. 2:22-cv-01894-DC-ICD

**STIPULATION TO MODIFY THE SCHEDULING ORDER; ORDER**

FAC: 09/06/2023
Complaint: 10/24/2022

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Federal Rule of Civil Procedure 16(b)(4) and Local Rule 144, Plaintiff JESSICA BIBB ("Plaintiff") and Defendant ALICIA ENDECOTT ("Defendant") (collectively, "parties") submit that good cause exists to modify the Scheduling Order, pursuant to this Court's Minute Order signed on September 18, 2026 (ECF #57, file date September 21, 2026), and hereby STIPULATE as follows:

Pursuant to Plaintiff and Defendant's in-person Meet and Confer following Plaintiff's deposition on September 25, 2026, the Parties submit that the deadlines be extended from the original deadlines as follows:

| Deadline | Current Deadlines | Stipulated Deadlines |
|---|---|---|
| Non-Expert Discovery Cutoff | August 28, 2026 | December 8, 2026 |
| Expert Disclosure | September 10, 2026 | December 21, 2026 |
| Disclosure for Rebuttal Experts | September 24, 2026 | January 10, 2027 |
| Expert Discovery Cutoff | October 29, 2026 | February 6, 2026 |
| LDF&S Dispositive Motions | December 8, 2026 | March 22, 2027 |

There have been no prior requests for extensions.

IT IS SO STIPULATED.

Dated: September 29, 2026

PORTER SCOTT
A PROFESSIONAL CORPORATION

By /s/ Jeffery M. Isaacs
John R. Whitefleet
Jeffery M. Isaacs
Attorneys for Defendant

Dated: September 29, 2026

By ______________________________
Jessica Bibb
Plaintiff in pro per

**ORDER**

The Court, having reviewed the stipulation of the parties and finding good cause therefore, hereby Orders that:

1. The Deadline for Non-Expert Discovery Cutoff shall be December 8, 2026
2. The Deadline for Expert Disclosures shall be December 21, 2026
3. The Deadline for Disclosure for Rebuttal Experts shall be January 10, 2027
4. The deadline for Expert Discovery Cutoff shall be February 6, 2026
5. The Last Day for Filing and Serving Dispositive Motions shall be March 22, 2027

**IT IS SO ORDERED.**

Dated: September 29, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE